**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000616
16-FEB-2018
01:09 PM**

NO. CAAP-17-0000616

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DIANA RUTH ARNADO, individually and on behalf of
Minor Son and Minor Daughter,
Plaintiffs-Appellants/Cross-Appellees,
v.
RANDALL MAMORU OSAKODA, individually and as Trustee
of the Randall M. Osakoda Trust,
Defendants-Appellees/Cross-Appellants.


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 13-1-0343 (JRV))


ORDER APPROVING THE FEBRUARY 2, 2018
STIPULATED DISMISSAL OF APPEAL AND CROSS-APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulated Dismissal of
Appeal and Cross-Appeal, filed February 2, 2018, by Plaintiffs-
Appellants/Cross-Appellees Diana Ruth Arnado, individually and on
behalf of Minor Son and Minor Daughter, the papers in support,
and the record, it appears that (1) the appeal has not been
docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure
Rule 42(a), the parties stipulate to dismiss the appeal and
cross-appeal; and (3) the stipulation is dated and signed by
counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal and cross-appeal is approved, and the appeal and cross-appeal are dismissed.

DATED: Honolulu, Hawai'i, February 16, 2018.

Presiding Judge

Associate Judge

Associate Judge